1  **NICHOLAS F. REYES, #102114**
   **LAW OFFICE OF NICHOLAS F. REYES**
2  **1107 "R" STREET**
   **FRESNO, CALIFORNIA 93721**
3  **PHONE: (559) 486-4500**
   **FAX:     (559) 486-4533**

4

5  Attorney for Defendant
   **JESUS GAMBOA-MEZA**

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA        )    **CASE NO.  2:12-CR-00287-MCE**
                                   )
12         Plaintiff,              )    **STIPULATION AND ORDER**
                                   )
13 v.                             )
                                   )
14 JESUS GAMBOA-MEZA              )
                                   )
15         Defendant.             )
   _____)
16

17       Defendant, JESUS GAMBOA-MEZA, by and through counsel Nicholas F. Reyes, and

18 the United States, by and through its attorney Assistant U.S. Attorney Jason Hitt, hereby

19 stipulate and request that the Court continue the Status Conference in the above-captioned

20 case from August 30, 2012 to September 27, 2012 at 9:00a.m. before the Honorable Judge

21 Morrison C. England, Jr.

22       The parties stipulate and request that the Court exclude time within which trial must

23 commence under the Speedy Trial Act from the date of this stipulation, August 30, 2012

24 through, and including September 27, 2012, for continuity of counsel under 18 U.S.C. §3161

25 (h)(7)(A) and (B)(iv) and Local Code T4.

26                                   Respectfully Submitted,

27 Dated: August 29, 2012           /s/ Nicholas F. Reyes_____
                                    NICHOLAS F. REYES, ESQ.
28                                   Attorney for Defendant
                                    JESUS GAMBOA-MEZA

BENJAMIN WAGNER
U.S. Attorney

Dated: August 29, 2012          /s/ Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the previously set Status Conference is continued to September 27, 2012 at 9:00a.m.  It is further ordered that time from the date of the parties' stipulation, August 30, 2012, until and including September 27, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defendant to retain defense counsel and allow defendant continuity of counsel, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in speedy trial.

**IT IS SO ORDERED.**

 Dated:  September 5, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE