1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6  NICHOLAS F. REYES, #102114
   Attorney at Law
   1107 R Street
7  Fresno, California 93721
   Telephone:   (559) 486-4500
8  Facsimile:   (559) 486-4533
   Email:       reyesf@earthlink.net
9
   Attorney for Defendant
10 **JESUS GAMBOA-MEZA**

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,    )    **CASE NO. 2:12-CR-287-MCE**
                                )
15            Plaintiff,        )    STIPULATION AND ORDER
                                )
16      v.                      )
                                )
17 JESUS GAMBOA-MEZA,           )
                                )
18            Defendant.        )
   _____)

19        IT IS HEREBY stipulated between the United States of America through its

20 undersigned counsel, JASON HITT, Assistant United States Attorney, together with the

21 defendant, JESUS GAMBOA-MEZA and his counsel NICHOLAS F. REYES, that the

22 briefing schedule currently set should be modified as follows: the Defense motions shall

23 be due on February 4, 2013; the government's opposition/response shall be due on

24 February 18, 2013; optional reply shall be due on February 25, 2013; and a hearing shall

25 be held on March 7, 2013 at 9:30a.m.

26 ///

27 ///

28

1  The parties acknowledge that the time under the Speedy Trial Act is being
2  excluded under Title 18, United States Code, Section 3161 (h)(1)(D); Title 18, United
3  States Code 3161 (h)(7)(A) based on necessary delay in perfecting the motion to suppress
4  and obtaining necessary supporting declarations of misidentified individuals in reports
5  and investigation; delay resulting from preparation of necessary pretrial motion to
6  suppress; and, the period of delay is jointly requested based on good cause and agreement
7  and negotiations of counsel which may preclude the litigation of said suppression motion;
8  and such delay is necessary as the ends of justice served taken by such action outweigh
9  the best interests of the public and the defendant in a speedy trial.

10 Dated: January 3, 2013                    Respectfully Submitted,

11                                          BENJAMIN B. WAGNER
                                            U.S. Attorney
12

13                                          /s/ Jason Hitt
                                            JASON HITT, Assistant U.S. Attorney
14

15
    Dated: January 3, 2013                  /s/ Nicholas F. Reyes
16                                          NICHOLAS F. REYES, ESQ.
                                            Attorney for Defendant
17                                          Jesus Gamboa-Meza

**ORDER**

IT IS HEREBY ORDERED: That the briefing scheduled currently, is hereby modified as follows: Defendants Motions shall be due on February 4, 2013; the government's opposition/response shall be due on February 18, 2013; Defendant's reply shall be due on February 25, 2013; and hearing shall be held on March 7, 2013 at 9:00 AM.  The January 31, 2013, motion hearing date is vacated.

This Court finds that ends of justice as specified by stipulation of counsel, are served by this continuance outweigh the best interest the public and the Defendant to a speedy trial, and excludes time under the Speedy Trial Act under 18 U.S.C. 3161 (h)(1)(D); and 18 U.S.C. 3161 (h)(7)(A).

IT IS SO ORDERED.

Dated:  January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE