1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6  NICHOLAS F. REYES, #102114
   Attorney at Law
   1107 R Street
7  Fresno, California 93721
   Telephone:   (559) 486-4500
8  Facsimile:   (559) 486-4533
   Email:       reyesf@earthlink.net
9
   Attorney for Defendant
10 **JESUS GAMBOA-MEZA**

11

12            UNITED STATES DISTRICT COURT

13            EASTERN DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,    )   **CASE NO. 2:12-CR-287-MCE**
                                )
15         Plaintiff,            )   **STIPULATION AND**
                                )   **ORDER**
16    v.                         )
                                )
17 JESUS GAMBOA-MEZA,            )
                                )
18         Defendant.            )
   _____)
19
       IT IS HEREBY stipulated between the United States of America through its
20
   undersigned counsel, JASON HITT, Assistant United States Attorney, together with the
21
   defendant, JESUS GAMBOA-MEZA and his counsel NICHOLAS F. REYES, that the
22
   hearing currently scheduled for April 11, 2013 be continued to May 2, 2013 at 9:00a.m.
23
   for anticipation of entry of plea.
24
       The parties acknowledge that the time under the Speedy Trial Act is being
25
   excluded under Title 18, United States Code, Section 3161 (h)(1)(D); Title 18, United
26
   States Code 3161 (h)(7)(A) and Local Code T4 based on necessary delay in perfecting
27
   and finalizing the negotiated plea agreement between the government and defendant; and,
28
   the period of delay is jointly requested based on good cause and agreement to finalize the

plea agreement for entry of plea at the next scheduled appearance and such delay is necessary as the ends of justice served taken by such action outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 9, 2013                          Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              U.S. Attorney


                                              /s/ Jason Hitt
                                              JASON HITT, Assistant U.S. Attorney


Dated: April 9, 2013                          /s/ Nicholas F. Reyes
                                              NICHOLAS F. REYES, ESQ.
                                              Attorney for Defendant
                                              Jesus Gamboa-Meza


## ORDER

IT IS HEREBY ORDERED: That the hearing/appearance currently scheduled for April 11, 2013 be continued to May 2, 2013 at 9:00a.m. for entry of plea.

This court finds that ends of justice as specified by stipulation of counsel, are served by this continuance outweigh the best interest the public and the defendant to a speedy trial, and excludes time under the Speedy Trial Act under 18 U.S.C. 3161 (h)(1)(D); 18 USC 3161 (h)(7)(A) and Local Code T4.

IT IS SO ORDERED.

Date:  April 11, 2013

                                              _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                              UNITED STATES DISTRICT JUDGE