1  **NICHOLAS F. REYES, #102114**
Attorney at Law
2  1107 "R" Street
Fresno, California 93721
3  Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5  Attorney for Defendant
**JESUS GAMBOA-MEZA**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA       )     **CASE NO. 2:12-CR-287-MCE**
                                   )
11                                 )     **STIPULATION TO CONTINUE**
             Plaintiff,            )     **SENTENCING**
12                                 )
      v.                           )
13                                 )
    JESUS GAMBOA-MEZA              )
14                                 )
             Defendant.            )
15  _____)

16
      Defendant, JESUS GAMBOA-MEZA, by and through his counsel of
17
record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
18
through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern
19
District of California, hereby stipulate that the sentencing in the above-referenced case
20
currently scheduled for Thursday, August 8, 2013, at 9:00 a.m. be continued to Thursday,
21
September 26, 2013 at 9:00 a.m. in the courtroom for the Honorable Morrison C. England,
22
Jr., District Judge.
23

24  **IT IS SO STIPULATED**
                                          Respectfully submitted,
25

26
Dated: 08-06-13                           /s/ Nicholas F. Reyes
27                                        NICHOLAS F. REYES
                                          Attorney for Defendant
28

1 **IT IS SO STIPULATED**

3 Dated:08-06-13                              /s/ Jason Hitt
                                              JASON HITT
                                              Assistant U.S. Attorney

### ORDER

Pursuant to the parties' stipulation, the sentencing in the above-referenced case currently scheduled for Thursday, August 8, 2013, is continued to Thursday, **September 26, 2013 at 9:00 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Date:  August 07, 2013

                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                UNITED STATES DISTRICT COURT

- 2 -