**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**JESUS GAMBOA-MEZA**

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 2:12-CR-287-MCE** |
| ) | |
| ) | **STIPULATION TO CONTINUE** |
| Plaintiff, ) | **SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| JESUS GAMBOA-MEZA ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, JESUS GAMBOA-MEZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Thursday, September 26, 2013, at 9:00 a.m. be continued to Thursday, December 12, 2013 at 9:00 a.m. in the courtroom for the Honorable Morrison C. England, Jr., District Judge.

**IT IS SO STIPULATED**

                                              Respectfully submitted,

Dated: 09-24-13                             /s/ Nicholas F. Reyes
                                                    NICHOLAS F. REYES
                                                    Attorney for Defendant

1 **IT IS SO STIPULATED**

3 Dated: 09-24-13                               /s/ Jason Hitt
                                                JASON HITT
                                                Assistant U.S. Attorney

5 The sentencing will be continued to Thursday, December 12, 2013 at 9:00 a.m. in Courtroom 7.

8 **IT IS SO ORDERED**

9 Date: September 24, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT