NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  reyesf@earthlink.net

Attorney for Defendant
JESUS GAMBOA-MEZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-287-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| JESUS GAMBOA-MEZA, | |
| Defendant. | |

    Defendant, JESUS GAMBOA-MEZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Friday, March 14, 2014, at 9:00 a.m. be continued to Thursday, April 10, 2014 at 9:00 a.m. in the courtroom for the Honorable Morrison C. England, Jr., District Judge.

**IT IS SO STIPULATED**

                                                                             Respectfully submitted,

Dated: 03-12-14                                  /s/ Nicholas F. Reyes
                                                              NICHOLAS F. REYES
                                                              Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 03-12-14                           /s/ Jason Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

## ORDER

The sentencing in the above-referenced case currently scheduled for Friday, March 14, 2014, at 9:00 a.m. is continued to Thursday, April 10, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2