1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  reyesf@earthlink.net

5  Attorney for Defendant
   JESUS GAMBOA-MEZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-287-MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JESUS GAMBOA-MEZA, | |
| Defendant. | |

Defendant, JESUS GAMBOA-MEZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Thursday, April 10, 2014, at 9:00 a.m. be continued to Thursday, June 12, 2014 at 9:00 a.m. in the courtroom for the Honorable Morrison C. England, Jr., District Judge.

**IT IS SO STIPULATED**

                                                          Respectfully submitted,

Dated: 04-09-14                                           /s/ Nicholas F. Reyes
                                                          NICHOLAS F. REYES
                                                           Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 04-09-14                                /s/ Jason Hitt
                                               JASON HITT
                                               Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  April 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT