1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  reyesf@earthlink.net

5  Attorney for Defendant
   JESUS GAMBOA-MEZA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-287-MCE

11                      Plaintiff,        STIPULATION TO CONTINUE
                                          SENTENCING
12 v.

13 JESUS GAMBOA-MEZA,

14                      Defendant.

15

16      Defendant, JESUS GAMBOA-MEZA, by and through his counsel of record,

17 NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

18 through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern

19 District of California, hereby stipulate that the sentencing in the above-referenced case

20 currently scheduled for Thursday, July 10, 2014, at 9:00 a.m. be continued to

21 Thursday, October 16, 2014 at 9:00 a.m. in the courtroom for the Honorable Morrison C.

22 England, Jr., District Judge.

23 **IT IS SO STIPULATED**

24                                        Respectfully submitted,

25

26 Dated: 07-20-14                        /s/ Nicholas F. Reyes
                                          NICHOLAS F. REYES
27                                         Attorney for Defendant

28
                                    1

**IT IS SO STIPULATED**

Dated: 07-20-14                                    /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney

       **IT IS SO ORDERED**

Dated:  July 23, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT