```
NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  reyesf@earthlink.net

Attorney for Defendant
JESUS GAMBOA-MEZA
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-287-MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JESUS GAMBOA-MEZA, | |
| Defendant. | |

Defendant, JESUS GAMBOA-MEZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Thursday, November 20, 2014, at 9:00 a.m. be continued to Thursday, January 8, 2015 at 9:00 a.m. in the courtroom for the Honorable Morrison C. England, Jr., District Judge.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 11-19-14                             /s/ Nicholas F. Reyes
                                            NICHOLAS F. REYES
                                            Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 11-19-14                                     /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED:  November 26, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2