NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  reyesf@earthlink.net

Attorney for Defendant
JESUS GAMBOA-MEZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-287-MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JESUS GAMBOA-MEZA, | |
| Defendant. | |

    Defendant, JESUS GAMBOA-MEZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Thursday, February 12, 2015, at 9:00 a.m. be continued to Thursday, March 26, 2015 at 9:00 a.m. in the courtroom for the Honorable Morrison C. England, Jr., District Judge.

**IT IS SO STIPULATED**

                                                            Respectfully submitted,

Dated: 02-10-15                                      /s/ Nicholas F. Reyes
                                                         NICHOLAS F. REYES
                                                          Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 02-10-15                                   /s/ Jason Hitt
                                                  JASON HITT
                                                  Assistant U.S. Attorney

    **IT IS SO ORDERED.**

Dated:  February 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT