NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
JESUS GAMBOA-MEZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-287-MCE |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JESUS GAMBOA-MEZA, | |
| Defendant. | |

Defendant, JESUS GAMBOA-MEZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Thursday, June 25, 2015, at 9:00 a.m. be continued to Thursday, July 23, 2015 at 9:00 a.m. in the courtroom for the Honorable Morrison C. England, Jr., District Judge.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 06/23/15

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 06/23/15                         /s/ Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

## ORDER

The June 25, 2015, sentencing in the above-referenced case is hereby continued to Thursday, July 30, 2015, at 9:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  June 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2